Hah., Judge. —
 

 I think the circumstances under which this judgment was entered, were as favorable to both parties, and answered the ends of justice between them, as well as if the person to whom the judgment was confessed had been one of the petitioners. ’Tis true he was a defendant in the original proceedings; but the subject matter of the petition had, by consent, been referred, and when the award was returned, the present defendant’s intestate agreed that judgment should be entered against him for the amount awarded in his favor, and no objection was made by any of the parties interested in the distribution of the estate. I can see no objection to the judgment, more than if it had been confessed by the defendant in a more formal manner at any other time. If the present defendant has any plea to enter in his representative character, he might have done so on the return of the
 
 scire facias;
 
 but I think he is bound by the judgment confessed by his intestate, and that the judgment of the Superior Court should be affirmed.
 

 The other Judges assenting,
 

 Judgment aeeirmed.